COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10673704
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ryan Sienkiewicz | Comcast (CC) of Willow Grove | 10673704 | 09/13/2026 | 09/26/2026 | 10/02/2026 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | **Net Pay** |
|---|---|---|---|---|---|---|
| Current | 78.65 | 1,179.75 | 0.00 | 277.12 | 0.00 | **902.63** |
| YTD | 195.59 | 4,381.63 | 0.00 | 1,000.48 | 0.00 | **3,381.15** |

| Earnings | | | | | |
|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD |
| Commissions (Ramp Commissio | | | | | 516.13 |
| Holiday OT | | | | | 123.30 |
| Holiday Pay | | | | | 120.00 |
| Holiday Premium | | | | | 61.65 |
| Regular Pay - Hourly | 09/13/2026 - 09/19/2026 | 39.97 | 15.00 | 599.55 | |
| Regular Pay - Hourly | 09/20/2026 - 09/26/2026 | 38.68 | 15.00 | 580.20 | 2,810.55 |
| Signing Bonus | | | | | 750.00 |
| Earnings | | | | 1,179.75 | 4,381.63 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| Social Security | 73.14 | 271.66 |
| Medicare | 17.10 | 63.53 |
| Federal Withholding | 107.72 | 372.72 |
| State Tax - PA | 36.22 | 134.52 |
| SUI-Employee Paid - PA | 0.83 | 3.07 |
| City Tax - DKSON | 40.11 | 148.98 |
| PA LST - DKSON | 2.00 | 6.00 |
| Employee Taxes | 277.12 | 1,000.48 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 50 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| NET FED CR UNION | NET FED CR UNION ******9621 | ******9621 | | 902.63 USD |

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10673704
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ryan Sienkiewicz | Comcast (CC) of Willow Grove | 10673704 | 09/27/2026 | 10/10/2026 | 10/16/2026 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | **Net Pay** |
|---|---|---|---|---|---|---|
| Current | 78.44 | 1,922.37 | 0.00 | 472.55 | 0.00 | **1,449.82** |
| YTD | 274.03 | 6,304.00 | 0.00 | 1,473.03 | 0.00 | **4,830.97** |

| Earnings | | | | | |
|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD |
| Commissions (Commission cMo | 08/22/2026 - 09/21/2026 | | | 1.27 | 1.27 |
| Commissions (Ramp Commissio | 08/22/2026 - 09/21/2026 | | | 731.18 | 1,247.31 |
| Holiday OT | | | | | 123.30 |
| Holiday Pay | | | | | 120.00 |
| Holiday Premium | 09/06/2026 - 09/12/2026 | 8.22 | -7.50 | -61.65 | |
| Holiday Premium | 09/06/2026 - 09/12/2026 | 8.22 | 9.06 | 74.44 | 74.44 |
| Overtime Pay | 09/27/2026 - 10/03/2026 | 0.07 | 15.00 | 1.05 | 1.05 |
| Overtime Premium | 09/27/2026 - 10/03/2026 | 0.07 | 7.50 | 0.53 | 0.53 |
| Regular Pay - Hourly | 09/27/2026 - 10/03/2026 | 40 | 15.00 | 600.00 | |
| Regular Pay - Hourly | 10/04/2026 - 10/10/2026 | 38.37 | 15.00 | 575.55 | 3,986.10 |
| Signing Bonus | | | | | 750.00 |
| Earnings | | | | 1,922.37 | 6,304.00 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| Social Security | 119.48 | 391.14 |
| Medicare | 27.95 | 91.48 |
| Federal Withholding | 197.40 | 570.12 |
| State Tax - PA | 59.02 | 193.54 |
| SUI-Employee Paid - PA | 1.34 | 4.41 |
| City Tax - DKSON | 65.36 | 214.34 |
| PA LST - DKSON | 2.00 | 8.00 |
| Employee Taxes | 472.55 | 1,473.03 |

| Taxable Non-Cash Event | | |
|---|---|---|
| Description | Amount | YTD |
| Retro Taxable GTL | 3.76 | 3.76 |
| Taxable GTL | 0.94 | 0.94 |
| Taxable Non-Cash Event | 4.70 | 4.70 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 50 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| NET FED CR UNION | NET FED CR UNION ******9621 | ******9621 | | 1,449.82 | USD |

COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10673704
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ryan Sienkiewicz | Comcast (CC) of Willow Grove | 10673704 | 10/11/2026 | 10/24/2026 | 10/30/2026 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | **Net Pay** |
|---|---|---|---|---|---|---|
| Current | 75.23 | 1,128.45 | 0.00 | 263.69 | 0.00 | **864.76** |
| YTD | 349.26 | 7,432.45 | 0.00 | 1,736.72 | 0.00 | **5,695.73** |

| Earnings | | | | | |
|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD |
| Commissions (Commission cMoı | | | | | 1.27 |
| Commissions (Ramp Commissio | | | | | 1,247.31 |
| Holiday OT | | | | | 123.30 |
| Holiday Pay | | | | | 120.00 |
| Holiday Premium | | | | | 74.44 |
| Overtime Pay | | | | | 1.05 |
| Overtime Premium | | | | | 0.53 |
| Regular Pay - Hourly | 10/11/2026 - 10/17/2026 | 37.88 | 15.00 | 568.20 | |
| Regular Pay - Hourly | 10/18/2026 - 10/24/2026 | 37.35 | 15.00 | 560.25 | 5,114.55 |
| Signing Bonus | | | | | 750.00 |
| Earnings | | | | 1,128.45 | 7,432.45 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| Social Security | 69.96 | 461.10 |
| Medicare | 16.36 | 107.84 |
| Federal Withholding | 101.57 | 671.69 |
| State Tax - PA | 34.64 | 228.18 |
| SUI-Employee Paid - PA | 0.79 | 5.20 |
| City Tax - DKSON | 38.37 | 252.71 |
| PA LST - DKSON | 2.00 | 10.00 |
| Employee Taxes | 263.69 | 1,736.72 |

| Taxable Non-Cash Event | | |
|---|---|---|
| Description | Amount | YTD |
| Retro Taxable GTL | | 3.76 |
| Taxable GTL | | 0.94 |
| Taxable Non-Cash Event | 0.00 | 4.70 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 50 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| NET FED CR UNION | NET FED CR UNION ******9621 | ******9621 | | 864.76 | USD |

COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10673704
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ryan Sienkiewicz | Comcast (CC) of Willow Grove | 10673704 | 10/25/2026 | 11/07/2026 | 11/13/2026 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 82.15 | 1,252.35 | 0.00 | 296.34 | 0.00 | **956.01** |
| YTD | 431.41 | 8,684.80 | 0.00 | 2,033.06 | 0.00 | **6,651.74** |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Commissions (Commission cMoı | | | | | 1.27 |
| Commissions (Ramp Commissio | | | | | 1,247.31 |
| Holiday OT | | | | | 123.30 |
| Holiday Pay | | | | | 120.00 |
| Holiday Premium | | | | | 74.44 |
| Overtime Pay | 10/25/2026 - 10/31/2026 | 2.68 | 15.00 | 40.20 | 41.25 |
| Overtime Premium | 10/25/2026 - 10/31/2026 | 2.68 | 7.50 | 20.10 | 20.63 |
| Regular Pay - Hourly | 10/25/2026 - 10/31/2026 | 40 | 15.00 | 600.00 | |
| Regular Pay - Hourly | 11/01/2026 - 11/07/2026 | 39.47 | 15.00 | 592.05 | 6,306.60 |
| Signing Bonus | | | | | 750.00 |
| Earnings | | | | 1,252.35 | 8,684.80 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| Social Security | 77.71 | 538.81 |
| Medicare | 18.17 | 126.01 |
| Federal Withholding | 116.55 | 788.24 |
| State Tax - PA | 38.45 | 266.63 |
| SUI-Employee Paid - PA | 0.88 | 6.08 |
| City Tax - DKSON | 42.58 | 295.29 |
| PA LST - DKSON | 2.00 | 12.00 |
| Employee Taxes | 296.34 | 2,033.06 |

**Taxable Non-Cash Event**

| Description | Amount | YTD |
|---|---|---|
| Retro Taxable GTL | | 3.76 |
| Taxable GTL | 0.94 | 1.88 |
| Taxable Non-Cash Event | 0.94 | 5.64 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 50 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| NET FED CR UNION | NET FED CR UNION ******9621 | ******9621 | | 956.01 | USD |